UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JENNIFER MARSHALL, | Case No. 5:24-cv-00885-AB (DTB) |
| Petitioner, | **ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |
| v. | |
| RICOLCOL, Warden, | |
| Respondent. | |

On April 24, 2024, Petitioner filed a Petition for Writ of Habeas Corpus herein. (Docket No. 1). On October 7, 2024, the Court issued an Order Regarding Petition ("Order") (Docket No. 6), advising Petitioner that the Petition was subject to dismissal, providing Petitioner with several options regarding how to proceed. On October 16, 2024, the Court received its Order returned from the institution marked as "Return to Sender, Insufficient Address, Unable to Forward." (Docket No. 7). A review of the Federal Bureau of Prisons Inmate Locator website[1] reveals that Petitioner is no longer housed at FCI Victorville Camp – Medium I in Adelanto,

---

[1] https://www.bop.gov/inmateloc/

California and rather housed at a Residential Reentry Management (RRM) Field Office in Seattle, Washington. The Clerk is directed to provide Petitioner with a copy of this Order to Show Cause as well as the Court's Order at Petitioner's current address in Seattle, Washington.

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **November 19, 2024.**

**Petitioner is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: October 24, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge