JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JENNIFER MARSHALL,<br><br>Petitioner,<br><br>v.<br><br>RICOLCOL, Warden,<br><br>Defendants. | Case No. 5:24-cv-00885-AB (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 3, 2024

_____
ANDRE BIROTTE, JR.
United States District Judge